IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bankers Life and Casualty Company, | No. CV-21-01038-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Nadine Kaakouche, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulated Preliminary Injunction (Doc. 22). Having considered the stipulation, and good cause appearing,

**IT IS ORDERED** that the Stipulated Preliminary Injunction (Doc. 22) is **granted** and adopted in full.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Motion for Preliminary Injunction (Doc. 2) presently set for July 15, 2021 is **vacated**.

**IT IS FURTHER ORDERED** that this case is **dismissed with prejudice**. The Clerk of Court shall enter judgment and terminate the case accordingly.

Dated this 28th day of June, 2021.

Honorable Steven P. Logan
United States District Judge